In the Matter of ALEX G. VERGOS et al., Doing Business as ALEXANDER'S LOUNGE, Petitioners, v. BENJAMIN H. BALCOM et al., Constituting the State Liquor Authority, Respondents.—

Present —
Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.
ARISTODEMO CHAO, Individually and as Parent and Natural Guardian of MARY E. CHAO, an Infant, Appellant, v. WESTHILL CENTRAL SCHOOL DISTRICT et al., Respondents.—

